**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
HARVINDER SINGH, on behalf of himself and
others similarly situated,                                            **15-cv-7396-SJF-AKT**

                             Plaintiffs,

                                                         **SUBSTITUTION AND CONSENT**
          -against-                                      **TO CHANGE ATTORNEY**

A & A MARKET PLAZA, INC. et al.
------------------------------------------------------------x

          IT IS HEREBY CONSENTED AND AGREED THAT the Law Offices of Avish Dhaniram,

located at 750 Third Avenue, 9th Floor, New York, NY 10017, be substituted as attorneys of record for all

defendants, both corporate and individual, in the above entitled action in place and stead of Pitchayan &

Associates, P.C., 72-30 Broadway, 3rd Floor, Jackson Heights, NY 11372as the undersigned attorneys as of

the date hereof.

          For purposes of this stipulation, e-mail and/or facsimile copies shall be deemed original for all

purposes.

Dated:  New York, NY
          December 28, 2016

_____                    _____
Outgoing Attorney                            Incoming Attorney
Pitchayan & Associates, P.C.                 Law Offices of Avish Dhaniram
72-30 Broadway, 3rd Floor                    750 Third Avenue, 9th Floor
Jackson Heights, NY 11372                    New York, NY 10017
(718) 478 9272                               (212) 547 9597


The following defendants and corporate defendants, hereby consents to the substitution of counsel as
indicated above.

_____        _____        _____
87th Road Mini Market, Inc       Muskan Maniani Inc.               Muskan Groceries, Inc.
By Kamaljit Kaur                 by Rajinderjit Singh              by Rajinderjit Singh

*Narinderjit Kaur*
A & A Market Plaza, Inc.
By Narinderjit Kaur

*Manjinder Kaur*
Best Market & Deli, Inc.
by Manjinder Kaur

*Palwinderjit Singh*
Palwinderjit Singh

*Narinderjit Kaur*
Narinderjit Kaur

*Rajinderjit Singh*
Rajinderjit Singh

*Kamaljit Kaur*
Kamaljit Kaur

*Manjinder Kaur*
Manjinder Kaur

Sworn to before me this
28th day of December 2016

Notary Public

AVISH DHANIRAM
Notary Public, State of New York
No. 02DH6244228
Qualified in Queens County
Commission Expires July 5, 2019

TO:   Troy Law, PLLC
      41-25 Kissena Boulevard, Suite 119
      Flushing, NY 11355