**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
HARVINDER SINGH,
*on behalf of himself and others similarly situated,*
                                        Plaintiff,      Case No. 2:15-cv-07396-AKT

                  v.              **DECLARATION OF JOHN TROY IN SUPPORT OF MOTION FOR ATTORNEYS' FEES AND COSTS**

A & A MARKET PLAZA, INC.,
BEST MARKET & DELI, INC.,
MUSKAN GROCERIES, INC.,
87TH ROAD MINI MARKET, INC.,
MUSKAN MANIANI, INC.
    d/b/a Hillside Pizza and Grill,
PALWINDERJIT SINGH
    a/k/a Paul Singh,
NARINDERJIT KAUR,
RAJINDERJIT SINGH,
KAMALJIT KAUR
    a/k/a Kamaljeet Kaur, and
MANJINDER KAUR,
                                       Defendants.
------------------------------------------------------------------x

       Pursuant to 28 U.S.C. § 1746, I, John Troy, declare under penalty of perjury that:

    1. I respectfully submit this declaration in support of Plaintiff's Application for Fees and Costs.

    2. I am an attorney in good standing of the bar of the State of New York, and admitted to practice in the Eastern District of New York. I am the principal attorney of Troy Law, PLLC, and counsel of record for Plaintiff in this action.

    3. The facts herein are based on my personal knowledge and my review of the docket and case file of this case and the business records of Troy Law, PLLC.

    4. I have represented the Plaintiff Harvinder Singh in the instant action under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") from September 1, 2015 to the present day.

5. Plaintiff Harvinder Singh filed his Complaint in the United States District Court for the Eastern District of New York, EDNY Case No. 2:15-cv-07396 on December 30, 2015, and filed his consent to become party plaintiff on January 7, 2016.

6. The Complaint was filed against A & A Market Plaza, Inc., Best Market & Deli, Inc., Muskan Groceries, Inc., 87th Road Mini Market, Inc., Muskan Maniani, Inc. d/b/a Hillside Pizza and Grill, Palwinderjit Singh a/k/a Paul Singh, Narinderjit Kaur, Rajinderjit Singh, Parminder Kaur, Kamaljit Kaur a/k/a Kamaljeet Kaur, and Manjinder Kaur. Dkt. Nos. 1, 5.

7. On January 13, 2016, Plaintiff amended his Complaint to omit Parminder Kaur as a defendant. Dkt. No. 6.

8. On January 15, 2016, A & A Market Plaza, Inc., Best Market & Deli, Inc., Muskan Groceries, Inc., 87th Road Mini Market, Inc., Muskan Maniani, Inc. d/b/a Hillside Pizza and Grill, Palwinderjit Singh a/k/a Paul Singh, Narinderjit Kaur, Rajinderjit Singh, Kamaljit Kaur a/k/a Kamaljeet Kaur, and Manjinder Kaur waived service of the Summons and Complaint; on February 17, 2016, Avish Dhaniram, Esq. appeared for these Defendants; on March 16, 2016, these Defendants filed their Answer. Dkt. Nos. 9–20.

9. On November 1, 2018, following a jury trial, the jury entered a verdict against Defendants A & A Market Plaza, Inc., Muskan Groceries, Inc., Muskan Maniani, Inc. d/b/a Hillside Pizza and Grill, Narinderjit Kaur, Rajinderjit Singh, and Kamaljit Kaur a/k/a Kamaljeet Kaur, finding these defendants jointly and severally liable for unpaid overtime, unpaid spread of hours, failure to provide time-of-hire notice, and failure to provide pay stubs owed to Plaintiff Harvinder Singh. Dkt. No. 93.

**Attorneys' Fees Incurred**

10. Troy Law, PLLC has represented Plaintiff in this action from the initial intake meeting with Plaintiff until the present day.

### Contemporaneous Time Records

11. Throughout this time I have kept contemporaneous time records of the hours I have expended on this matter including the dates of services performed, the tasks I undertook in performing such services, and the hours and portions thereof used to perform such services. I have dedicated a database exclusively to maintaining such contemporaneous time records.

12. Additionally, I have instructed, supervised, and ensured that all associates and employees of Troy Law, PLLC keep contemporaneous time records of the hours they have expended on this matter including the dates of services performed, the tasks they undertook in performing such services, and the hours and portions thereof used to perform such services, in the dedicated database described above, used exclusively for maintaining such contemporaneous time records.

13. Attached hereto as Exhibit 1 is the Time and Billing record of time spent herein, indicating the dates of services performed, the tasks undertaken in performing such services, and the hours or portions thereof used to perform such services.

### Rates at Which Compensation is Sought

14. I am the principal of Troy Law, PLLC and the lead attorney of the wage-and-hour lawsuit against A & A Market Plaza, Inc., Best Market & Deli, Inc., Muskan Groceries, Inc., 87th Road Mini Market, Inc., Muskan Maniani, Inc. d/b/a Hillside Pizza and Grill, Palwinderjit Singh a/k/a Paul Singh, Narinderjit Kaur, Rajinderjit Singh, Kamaljit Kaur a/k/a Kamaljeet Kaur, and Manjinder Kaur. I am a 1985 LLM graduate of Dicknson School of Law. I was admitted to the bar of the State of New York in 1989.

15. I have been a self-employed small business owner since 1989. As the principal attorney of Troy Law, I have continuously represented low-income individuals, most of them Mandarin-speaking immigrants, in wage-and-hour and employment discrimination cases before the United States District Courts for the Eastern and Southern Districts of New York and before the New York Supreme Court, Commercial Division, as well as *pro hac vice* before the United States District Courts for the District of Massachusetts, for the District of Connecticut, for the Northern and Western Districts of New York, for the District of New Jersey, for the District of Pennsylvania, for the District of Illinois, for the District of Minnesota, and for the District of West Virginia.

16. I am the attorney of record for one hundred twenty-one (121) wage-and-hour matters in the Eastern District of New York, including:

- 2:18-cv-07001 Yu et al v. Kim
- 1:18-cv-06616 Xing v. Mayflower International Hotel Group Inc et al
- 2:18-cv-06614 Gu v. Lemonleaf Thai Restaurant Mineola Corporation et al
- 1:18-cv-06317-ENV-PK Pan et al v. Nutrition Rite Corporation et al
- 1:18-cv-05624-ARR-VMS Jiao et al v. Shang Shang Qian Inc et al
- 2:18-cv-05256 Kiang v. Yummy Oriental Restaurant, Inc. et al,
- 2:18-cv-05091 Chiu v. American Yuexianggui of LI LLC et al,
- 1:18-cv-04615 Zhang v. BrightRay Dental, P.C. et al,
- 1:18-cv-04614 Li v. Kingly Coach, Inc et al,
- 1:18-cv-04086 Wei v. Red Panda Asian Bistro Inc et al,
- 1:18-cv-04085 Wei v. Jing Fu House, Inc. et al,
- 2:18-cv-03923 Her v. Song's Family Food 2 Inc et al
- 2:18-cv-03817 Huang et al v. Gel Factory, Corp. et al,
- 2:18-cv-03266 Wang v. Mandarin Glen Cove, Inc. et al,
- 2:18-cv-03249 Lin v. Lumix Hibachi Restaurant, Inc. et al,
- 1:18-cv-03246 Lin et al v. New Fresca Tortillas, Inc. et al,
- 1:18-cv-00886 Lin et al v. Shanghai Original, Inc. et al,
- 1:18-cv-00729 Yang et al v. Everyday Beauty Amore Inc et al,
- 1:18-cv-00417 Zhu v. Wanrong Trading Corp.,
- 1:18-cv-00253 Zheng et al v. Panarium Kissena Inc. et al,
- 1:17-cv-07603 Suarez Castaneda et al v. F&R Cleaning Services Corp,
- 1:17-cv-07601-ARR-SMG Zeng v. The Parc Hotel LLC Summons Issued et al,
- 1:17-cv-07600 Shum v. JILI Inc et al,
- 2:17-cv-07598 Hsieh v. Revive Nails Spa Corp et al,
- 1:17-cv-7547 Zhuang et al v. Huis Garden Restaurant Inc et al,

- 1:17-cv-7509 Xie v. Sakura Kai I Inc. et al,
- 1:17-cv-6648 Liu v. DSM Laundromat Inc. et al,
- 1:17-cv-6563 Bi v. Guan Dong Yi Jia, Inc. et al,
- 1:17-cv-06464 Yip v. McDonald's Corporation et al,
- 1:17-cv-05571 Gao v. Strong America Limited et al,
- 1:17-cv-05570 Du v. Ma Roo, Inc. et al,
- 2:17-cv-04358 Lin v. Kerdniyom v. Frankie Thais Inc. et al et al,
- 2:17-cv-04357 Lin v. Autumn Sky Enterprise Corp. et al,
- 1:17-cv-04202-ADS-AYS Yu et al v. Kotobuki Restaurant, Inc. et al,
- 1:17-cv-03903-DLI-PK Zhang v. Pur Pac Inc.,
- 1:17-cv-03882-RJD-RML Lin v. Amway Corp.,
- 1:17-cv-03808-CBA-RER Chen v. Dunkin' Brands, Inc.,
- 1:17-cv-03737 Lin v. Monda Window & Door Systems, Inc. et al,
- 1:17-cv-03435-WFK-SMG Lin v. Joe Japanese Buffet Restaurant Inc. et al,
- 1:17-cv-03181-PKC-JO Huang v. GW of Flushing I, Inc. et al,
- 1:17-cv-03043-DLI-JO Lin v. Quality Woods, Inc. et al,
- 2:17-cv-02759-JS-AKT Wu v. Amazon.com, Inc. et al,
- 1:17-cv-02558-ARR-RER Loo v. I.M.E. Restaurant Inc. et al,
- 1:17-cv-02539-ERK-RER Chia et al v. Bangkok Thai Cuisine, Inc. et al,
- 1:17-cv-02174-KAM-JO Hong et al v. 7 Express Restaurant Corp. et al,
- 1:17-cv-01044-CBA-SMG Lin v. Rising Sun Restaurant, Inc. et al,
- 1:17-cv-01015-JBW-RML Li v. Western Metal Work & Supply, Inc. et al,
- 1:17-cv-00646-WFK-RML Plasencia Sanchez et al v. Vital Drugs, Inc. et al,
- 1:17-cv-00643-ENV-SMG Zhou v. Golden Leaf Sky, Inc. et al,
- 1:16-cv-06490-ARR-ST Almazo-Ramirez v. Santo Domingo Pharmacy Inc. et al,
- 1:16-cv-06123-CBA-RER Buestan v. Gal Bi Ma Eul, Inc. et al,
- 1:16-cv-05633-ARR-JO Jin et al v. Shanghai Original, Inc. et al,
- 2:16-cv-05316-SJF-AKT Qu v. Wendy Nail & Spa Inc. et al,
- 1:16-cv-05185-ERK-JO Shi v. DXN Mike Corporation et al,
- 1:16-cv-05184-AMD-RML Liu et al v. VMC East Coast LLC et al,
- 1:16-cv-04840-WFK-LB Sun et al v. Sushi Fussion Express, Inc. et al,
- 1:16-cv-04720 Xu et al v. Jessica Holding, Inc. et al,
- 1:16-cv-04587-AMD-RML Zhang v. DHC NY Corp et al,
- 1:16-cv-03970-PKC-RER Zhang v. Gal Bi Ma Eul, Inc. et al,
- 1:16-cv-03712-RJD-RML Wei v. Penang House, Inc. et al,
- 1:16-cv-03254-NGG-RML Qi v. Hunan Kitchen Flushing Inc. et al,
- 1:16-cv-02907-ARR-VMS Valera v. Law Office of S. Michael Musa-Obregon, P.C
- 1:16-cv-02694-RRM-RML Jiao v. Kitaku Japanese Restaurant, Inc. et al,
- 1:16-cv-02474-AMD-RML Lin et al v. The Dolar Shop Restaurant Group, LLC et al
- 2:16-cv-01354-ADS-SIL Davis v. Cheng et al,
- 2:16-cv-01353-LDW-AKT Yang et al v. Flushing Food, Inc. et al,
- 2:15-cv-07440-LDW-ARL Zhang et al v. XYZ Limousine, Inc. et al,
- 2:15-cv-07439-LDW-AYS Gao v. Yellowstone Transportation, Inc. et al,

- 1:15-cv-07438-KAM-VMS Piao v. Main 15 Lee, LP et al,
- 2:15-cv-07398-JMA-GRB Chen v. Kyoto Sushi, Inc. et al,
- 2:15-cv-07396-AKT Singh v. A & A Market Plaza, Inc. et al,
- 1:15-cv-06399-KAM-PK Qin v. Sensation Neo Shanghai Cuisine, Inc. et al,
- 2:15-cv-06206-JMA-AYS Chen v. Marvel Food Services LLC
- 2:15-cv-05081-SLT-MDG Sanchez Juarez et al v. 156-40 Grill LLC et al
- 2:15-cv-05080-LDW-ARL Leong v. Utopia Home Care, Inc. et al
- 1:15-cv-04987-LDH-MDG Wang v. Ping An Jia Yuan Family Care Services, Inc.,
- 1:15-cv-04917-CBA-MDG Yang v. Richmond Hill Laundry, Inc. et al,
- 1:15-cv-04363-ILGSMG Tam et al v. Star Nissan, Inc. et al (challenging racial employment discrimination where English-speaking Chinese car salesmen were allowed to sell to Chinese-speaking customers only, while other car salesmen can make sales to all clients, as well as minimum wage and overtime violations where salary paid is less than one-and-one-half times the minimum wage)
- 2:15-cv-04194-JMA-SIL Ji v. Jling Inc. et al.
- 1:15-cv-03642-WFK-CLP Luo et al v. Panarium Kissena Inc. et al,
- 1:15-cv-03364-SJRML Song v. Tasty Roast House, Inc. et al,
- 1:15-cv-03058-ENV-LB Feng v. Soy Sauce LLC et al,
- 1:15-cv-02215-CBA-VMS Guan v. Long Island Business Institute, Inc. (challenging racial employment discrimination with lesser pay, more work, and lesser (no) benefits for Chinese sanitation workers and a concerted effort to replace them with Hispanic workers, as well as overtime violations)
- 1:15-cv-01769-RRM-RER Song v. NY Fire LLC et al,
- 1:15-cv-01719-KAM-SMG Lu v. Triborough Construction Services, Inc. et al,
- 1:14-cv-07587-SLT-RER Hou v. Long Island Business Institute, Inc. et al,
- 1:14-cv-06052-BMC Luo v. Liu et al,
- 1:14-cv-04824-JBW-JO Yu v. Star Bakery, Inc. et al,
- 1:14-cv-04532-SLT-MDG Gutierrez et al v. 156-40 Grill LLC et al,
- 1:14-cv-04385-CBA-MDG, Yu v. Panarium Kissena Inc. et al (the lawsuit ended Fay Da Bakery's centralized and uniform practice of illegally deducting meal credit from employee paychecks, affecting more than one hundred employees in more than ten Fay Da Bakery stores),
- 1:14-cv-04188-JG-JMA Shi v. New Saigon Restaurant, Inc. et al,
- 1:14-cv-03435-SLT-RLM Chen et al v. Shanghai Tan Restaurant, Inc. et al,
- 2:14-cv-01828-JFB-ARL Li et al v. Tyku Sushi & Lounge Inc. et al,
- 1:14-cv-01719-RML Bai et al v. Eastern Security System, Inc. et al,
- 2:14-cv-01647-JS-SIL Zhang et al v. Wen Mei Inc. et al,
- 1:14-cv-01491-WFK-VMS Wang v. Empire State Auto Corp. et al,
- 1:14-cv-01003-BMC Luo v. L&S Acupuncture, P.C. et al,
- 1:14-cv-00294-BMC Tan v. Kong,
- 1:13-cv-05791-PKC-VMS Jiao v. Garden Plaza LLC et al,
- 1:13-cv-05790-ILG-SMG Bai v. Zhuo et al,
- 2:13-cv-05233-JFB-AYS Han v. Lin's Nail Salon Inc. et al,

- 2:13-cv-04761-LDW-GRB Gao v. Golden Garden Chinese Restaurant Inc. et al (reversed Magistrate Judge's Order directing plaintiff to provide information and documents relating to his immigration status),
- 1:13-cv-04760-RML Chen v. Macro Gan Eden Inc. et al,
- 2:13-cv-04108-ADS-SIL Li v. Pinwei Life Restaurant Inc. et al,
- 2:13-cv-03221-ADS-WDW Gu et al v. Philippe North America Restaurants LLC et al,
- 1:13-cv-03220-SLT-RML Zhang v. Joy's Hair Studio, Inc. et al,
- 2:13-cv-01628-AKT Li v. Gim Fong Restaurant et al,
- 2:12-cv-05582-AKT Zhou v. Elaine's Asian Bistro Corp. et al,
- 1:12-cv-05008-MKB-SMG Wang et al v. LW Restaurant, Inc. et al,
- 1:12-cv-03462-BMC Li v. King Wok Chinese Kitchen Inc. et al (featured on World Journal on June 18, 2013),
- 1:12-cv-03461-NGG-RML Pak et al v. Great Neck Mazel Fortune Restaurant LLC
- 1:12-cv-02779-WFK-VMS Li v. Empire State Auto Corp. et al,
- 1:12-cv-02147-NGG-SMG Weng v. Minni Shabu Shabu Inc. et al,
- 1:12-cv-02146-JMA Lin, Chang Mei, v. Yeh's Bakery, Inc. et al (finding that a reasonable jury could conclude that defendant bakery earned over $500,000 annually based on plaintiff baker's estimate in spite of defendant's tax returns to the contrary),
- 1:12-cv-01046-SMG Tan et al v. Minni Shabu Shabu Inc. et al,
- 1:12-cv-01045-FBJ-MA Zhang v. Bally Produce Corp. et al,
- 2:12-cv-00513-SJFETB Pu v. Qin et al,
- 1:12-cv-00316-RER Lee et al v. Kim et al,
- 2:11-cv-05637-LDW-ARL Wang v. Yao et al,
- 2:11-cv-05636-PKC-SIL Li v. Li et al, and
- 1:09-cv-05018-JO Gunawan v. Sake Sushi Restaurant, Inc.

17. Additionally, I am the attorney of record for one hundred twenty-eight (128) wage-and-hour matters in the Southern District of New York, including:

- 1:18-cv-10338-ALC Cao v. 155 S.G.S. CORP et al
- 7:18-cv-10334-CS Wan v. YWL USA Inc et al
- 1:18-cv-08274 Cao v. M & J Asian Restaurant Inc. et al,
- 1:18-cv-08259 Zhang v. Four Seasons Beauty Spa, Inc. et al,
- 7:18-cv-07413 Chen v. Kicho Corporation et al.,
- 1:18-cv-07342 Tecocoatzi-Ortiz et al, v. Just Salad LLC et al,
- 1:18-cv-06442 Gao v. A Canaan Sushi Inc. et al,
- 1:18-cv-06439 Gao v. Umi Sushi, Inc. et al,
- 1:18-cv-06430 Li v. Hui Yang Nails & Beauty Spa Inc et al,
- 1:18-cv-06231 Su v. Wah Fung USA Inc et al,
- 1:18-cv-06175 Solares-Gonzaga v. Essen22 LLC et al,
- 1:18-cv-06174 Chang et al v. CK Tours, Inc et al,
- 1:18-cv-06018 Yeh v. Han Dynasty, Inc,

- 1:18-cv-05448 Qiu et al v. Shanghai Cuisine, Inc. et al,
- 1:18-cv-04941 Ye v. 2953 Broadway LLC et al,
- 1:18-cv-04734-LGS Zhao et al v. Matsu Fusion Restaurant, Inc. et al,
- 1:18-cv-04690-ER Wu et al v. iFresh Incorporated et al,
- 1:18-cv-03551-GHW Chen et al v. Koto Japanese Steak House Inc,
- 1:18-cv-03101-JMF Luo v. Kaiyi Inc. et al,
- 1:18-cv-01715 Lin et al v. Shanghai Original, Inc. et al,
- 1:18-cv-00528-GBD Lin v. Yuri Sushi Inc,
- 1:17-cv-10250 Lawrence v. Curry Shack, Corp.,
- 1:17-cv-10248 Law v. AAE Express (NY) Corp.,
- 1:17-cv-10244 Jinquan et al v. Pomodoro Italian Express Inc. et al,
- 1:17-cv-10243 Su et al v. Hailu Asian Bistro Inc.,
- 1:17-cv-10242 Apolinar-Mateos v. Bowery Hospitality Associates LLC et al,
- 1:17-cv-10240 Zhong et al v. Royal Siam Restaurant, Inc et al,
- 1:17-cv-10161 Hu et al v. 226 Wild Ginger Inc. et al,
- 1:17-cv-09582 Wang v. Yong Lee Inc. et al,
- 1:17-cv-09465 Zhang et al v. New Beijing Wok, Inc. et al,
- 1:17-cv-08791 Gao v. Shine Glory LLC et al,
- 1:17-cv-08715 Li v. Wok 88 Inc. et al,
- 1:17-cv-08159 Gao v. Lucky Brother Inc et al,
- 1:17-cv-07066 Zhang et al v. Hiro Sushi at Ollies Inc. et al,
- 1:17-cv-06713 Cui v. East Palace One, Inc. et al,
- 1:17-cv-06197 Dai et al v. Lychee House Inc. et al,
- 1:17-cv-06153 Chen v. Sushi 21 NY Inc. et al,
- 1:17-cv-05234 Altamirano v. La Stanza NYC LLC et al,
- 1:17-cv-04746-ALC Chen v. Ginza Sushi 1688 Inc et al,
- 1:17-cv-04661-PGG Wu v. Sushi Nomado of Manhattan, Inc. et al,
- 1:17-cv-04536-PAE Zhang v. Li Feng Eatery Inc. et al,
- 1:17-cv-04277-PKC Li v. Tina Nail Spa Salon Inc. et al,
- 1:17-cv-04234-ALC Lin v. Lava Kitchen Inc. et al,
- 1:17-cv-04058-RA Kwan v. Sahara Dreams Co. II Inc. et al,
- 7:17-cv-03795-CS Singh et al v. Best NY Contracting, Inc. et al,
- 1:17-cv-03787-JMF Singh et al v. Dany Restoration Inc. et al,
- 1:17-cv-02536-UA Chen v. Shanghai Cafe Deluxe, Inc. et al,
- 1:17-cv-02517-GBD Zhao v. Soho Sushi, Inc. et al,
- 1:17-cv-02013 Wang v. Happy Hot Hunan Restaurant, Inc et al,
- 1:17-cv-01938-RMB Zhou v. Legend 72, LLC et al
- 1:17-cv-01774-WHP Lin et al v. Teng Fei Restaurant Group Inc. et al,
- 1:17-cv-00840-VSB Wang et al v. Shun Lee Palace Restaurant, Inc. et al,
- 1:17-cv-00816-LGS Tangtiwatanapaibul et al v. Tom & Toon Inc et al,
- 1:17-cv-00814-ALC Sarikaputar et al v. Veratip Corp. et al,
- 1:17-cv-00802-GBD Chen et al v. Hunan Manor Enterprise, Inc. et al,
- 1:17-cv-00440-LAP Dai v. Ko-Zushi Japanese Restaurant, Inc. et al,
- 1:17-cv-00275-UA Zhu v. Atami on 2nd Avenue, Inc. et al,

- 1:17-cv-00273-LAP Weng et al v. Kung Fu Little Steamed Buns Ramen, Inc. et al,
- 1:16-cv-09302-LAP Tan v. SHK Management Inc. et al,
- 1:16-cv-07787-ALC Li v. Chinatown Take-Out Inc. et al,
- 1:16-cv-07079-JGK Mayoral-Climico et al v. Papa Fresh, Inc. et al,
- 1:16-cv-07078-JGK Camara et al v. Just Salad 600 Third LLC et al,
- 1:16-cv-06800-GHW Li v. Hiro Sushi at Ollie's Inc. et al,
- 1:16-cv-06762 Mayoral-Climico et al v. Merilu Pizza Al Metro, Inc. et al,
- 1:16-cv-06677-PGG Mayoral-Climico et al v. Ninth Avenue Wings, Inc. et al.,
- 1:16-cv-06274-RJS De Los Santos et al. v Hat Trick Pizza, Inc et al,
- 1:16-cv-06219-ER Liu et al. v. J.R.H. Restaurant Group, Inc. et al,
- 1:16-cv-05735-GHW Chen et al. v 2425 Broadway Chao Restaurant, LLC, et al,
- 1:16-cv-04790-WHP Chen v. Shanghai Café Deluxe, Inc. et al,
- 1:16-cv-04093-JMF Pu v. Matsu, Inc. et al,
- 1:16-cv-04018-ALC Guerrero Tapia v Applied Underwriters Captive Risk Assurance Company, Inc. et al,
- 1:16-cv-03599-LTS Wang v Hanami Sushi, Inc. et al,
- 1:16-cv-02015-GBD Shen et al. v John Doe Corporation et al,
- 1:16-cv-02014-AT Guo v Yahiro Inc et al,
- 1:16-cv-02012-JGK Chen et al. v. Best Miyako Sushi Corp. et al,
- 1:16-cv-02005-LGS Chen et al v. H.B. Restaurant Group, Inc. et al,
- 1:15-cv-8776-AJN Zhang et al v. Lemon Green Corp. et al.,
- 1:15-cv-8655-KBF Espinobarros Apolinar et al. v. R.J. 49 REST, LLC et al.,
- 1:15-cv-10186-ER Wen v. Hair Party 24 Hours Inc., et al,
- 1:15-cv-10185-ALC She v Friedman et al,
- 1:15-cv-10184-VEC Xing et al v. Fishion, Inc. et al,
- 1:15-cv-10183-JGK Alvino Rea Rea et al v. Just Salad 600 Third LLC et al,
- 7:15-cv-09635-VB Zheng et al v. J&J US Trading Inc. et al.
- 1:15-cv-09507-DCF Lin v. La Vie en Szechuan et al.,
- 1:15-cv-09370-GHW Zhang et al v. 89 Tenzan Japanese Cuisine Inc et al.,
- 7:15-cv-09284-VB Lin v. Wild Wasabi, Inc. et al,
- 1:15-cv-06886-AKH Lin v. Arata Izumi Japanese Restaurant, Inc. et al.,
- 1:15-cv-06527-AT Guo et al. v. Lemongrass on Broadway Corporation et al.,
- 1:15-CV-06252-JMF Mao et al v. Sands Bethworks Gaming LLC et al.,
- 1:15-cv-05434-PGG Cao et al v. Atami on 2nd Avenue, Inc. et al,
- 1:15-cv-05031-GBD Zhang v. Sunshine USA, Inc. et al,
- 1:15-cv-04946-VSB Zhang v. Akami Inc. et al,
- 1:15-cv-04938-JPO Chen v. AKI 36 INC. et al,
- 1:15-cv-04433-LGS Li et al v. 8868 Corp et al,
- 1:15-cv-02449-LTSAJP Chen v. Ho Wong Take-Out, Inc. et al,
- 1:15-cv-02448-ALC Zhang v. Cha Pa's Noodles and Grill Corp. et al,
- 1:14-cv-10243-LGS Che et al v. La Tova, Inc. et al,
- 1:14-cv-10242-AJN-JCF Li et al v. Ichiro Sushi, Inc. et al,
- 1:14-cv-10240-LGS Zheng v. China Moon Hospitality Corp. et al,
- 7:14-cv-10239-LMS Tang v. JP White Plains, Inc. et al,

- 1:14-cv-10237-VSB Chen v. Empire East 34, Inc. et al,
- 1:14-cv-09293-VEC Li v. Oliver King Enterprises, Inc. et al,
- 1:14-cv-07102-SHSJLC Feng et al v. Hampshire Times et al,
- 1:14-cv-06103-VEC Zhao et al v. L & K Restaurant, Inc. et al,
- 7:14-cv-04737-LMS He et al v. Kirari Sushi, Inc et al,
- 1:14-cv-03970-VSB Guan et al v. New Akita Inc. et al,
- 1:14-cv-03967-JMF Chen v. Y Cafe NYC Inc. et al,
- 1:14-cv-03964-PAE Guo et al v. Tommy's Sushi Inc. et al,
- 1:14-cv-03963-AJN Chen v. Mee Noodle Shop and Grill Inc et al,
- 1:14-cv-02451-ER Rodpracha et al v. Pongsri Thai Restaurant Corp. et al (certified as a Rule 23 class with well over one hundred and fifty (150) members),
- 1:14-cv-02450-PAE Zhou et al v. Xing et al,
- 1:14-cv-00269-RJS Najera et al v. Aoyama Sushi Inc. et al,
- 7:13-cv-07519-NSR Wang v. Qiu Imperial Wok, Inc. et al,
- 1:13-cv-06667-PAE-JCF Zhang et al v. Lin Kumo Japanese Restaurant Inc. et al,
- 1:13-cv-07372-VEC Li v. Oliver King Enterprises, Inc. et al,
- 1:13-cv-06534-ER Yap et al v. Mooncake Foods, Inc. et al,
- 1:13-cv-06533-PAC Weng et al v. New Kam Lai A LLC et al,
- 1:13-cv-06532-RMB Liu v. Tasty King, Inc. et al,
- 1:13-cv-04477-RAFM Lobsang et al v. Sate Restaurant Inc.,
- 7:13-cv-03887-LMS Luo et al v. The True Grapevine Restaurant, Inc. et al,
- 7:12-cv-08870-KMK-PED Su et al v. Haiku Asian Bistro Inc. et al
- 1:12-cv-07503-NRB Liew v. Mooncake Foods, Inc. et al,
- 1:12-cv-07237-HBP Low et al v. Tian Yu Inc. et al,
- 1:12-cv-03151-LTS-MHD Gao v. Salaam Bombay, Inc. et al,
- 1:12-cv-01054-TPG Liang et al v. J.C. Broadway Restaurant, Inc. et al,
- 1:11-cv-06483-KBF Ni v. Tian Yu Inc. et al,
- 1:11-cv-04867-NRB Wang et al v. Akita, Inc. et al, and
- 1:10-cv-03913-BSJ-MHD Sun et al v. Liberty View Restaurant Inc. et al (featured on World Journal and Sing Tao Daily on November 26, 2011).

18. Additionally, I am the attorney of record for thirty-two (32) wage-and-hour matters in the Northern District of New York, Western District of New York, District of New Jersey, District of Connecticut, District of Illinois, District of Massachusetts, District of Minnesota, District of Pennsylvania, and District of West Virginia:

- N.D.N.Y. 1:17-cv-00148-MAD-TWD Zhang v. Ichiban Group, LLC et al,
- N.D.N.Y. 1:16-cv-00863-DNH-DEP Li v. Ichiban Mei Rong Li Inc. et al,
- N.D.N.Y. 1:11-cv-01256-GTS-DRH Low v. Wang et al,
- W.D.N.Y. 1:17-cv-00656 Yu v. King Buffet in Springville, Inc. et al,
- D.N.J. 2:18-cv-13791 Chen v. Main Moon Lin Inc. et al,

- D.N.J. 2:18-cv-11347 Wang et al v. An Da NJ Construction LLC et al,
- D.N.J. 3:18-cv-11278 Lin v. Wasabi N' Wok Inc et al,
- D.N.J. 2:18-cv-11277 Li v. Chinese Body Works, Inc et al,
- D.N.J. 2:18-cv-10359 Zhang v. Chongqing Liuyishou Gourmet NJ Inc et al,
- D.N.J. 2:18-cv-10358 Ding v. Baumgart Restaurat, Inc. et al,
- D.N.J. 2:18-cv-09887 Li v. Soup Dumpling Plus Inc. et al,
- D.N.J. 2:17-cv-12867 Liu et al v. Cheng Du 23 Inc et al,
- D.N.J. 2:16-cv-04798-KM-MAH Yue v. HYC Corp. et al,
- D.N.J. 1:16-cv-03634-RBK-JS Zhou v. Best Food in Town I LLC et al,
- D.N.J. 2:16-cv-02811-KSH-CLW Goh v. Nori O Inc. et al,
- D.N.J. 3:16-cv-02443-MAS-TJB Wang et al v. Saker Shoprites, Inc. et al,
- D.N.J. 2:15-cv-07963-MCA-LDW Goh v. Nori O Inc. et al,
- D.N.J. 2:15-cv-06310-KM-MAH Goh v. Coco Asian Cuisine, Inc. et al,
- D.N.J. 2:15-cv-05530-ES-MAH Ha v. Baumgart Cafe of Livingston et al,
- D.N.J. 3:15-cv-02950-MAS-DEA Wang et al v. Chapei LLC et al,
- D.N.J. 2:14-cv-00812-MAH Zhou v. Related Restaurant Group, LLC et al,
- D.N.J. 2:14-cv-00809-JMV-MF Yin et al v. Hanami Westwood, Inc. et al,
- D.N.J. 2:12-cv-02845-SRC-MAS Shu et al v. Noodle Restaurant, Inc. et al,
- D. Conn. 3:18-cv-01126-JAM Zheng v. Lydia M.C. LLC et al,
- D. Conn. 3:18-cv-00203-CSH Zhen Zhu v. Matsu Corp. et al,
- D. Conn. 3:17-cv-01096-JAM Sun v. Panda III Grenwich, Inc. et al,
- D. Conn. 3:12-cv-00874 Lin et al v. Wild Rice, Inc. et al,
- D. Ill. 1:18-cv-06848 18-cv-06848 Lin v. Monda Window & Door Systems, Inc. et al,
- D. Mass. 3:16-cv-40138-KAR Gonpo v. Sonam's Stonewalls & Art, LLC et al,
- D. Minn. 0:17-cv-05069-JRT-HB Wang v. Jessy Corporation et al,
- D. Penn. 2:17-cv-01073-RBS Tong et al v. Henderson Kitchen Inc. et al, and
- D.W.V. 17-cv-00042-IMK You v. Grand China Buffet & Grill, Inc.

19. I have written extensively on Fair Labor Standards Act and New York Labor Law minimum wage, overtime compensation, and record-keeping requirements: my op-ed in Taiwanese envoy Hsien-Hsien "Jacqueline" Liu's fraudulent foreign labor contracting of two Filipino maids has been published in *China Times*, the fourth largest Taiwanese newspaper in circulation, and my interviews on wage-and-hour law and requirements have been featured *in Sing Tao Daily*, Hong Kong's second largest newspaper, and *World Journal*, the largest Chinese-language newspaper in the United States.

20. I have previously been awarded $400.00 per hour in fees, for instance in the case 1:17-cv-03787-JMF Singh et al v. Dany Restoration Inc. et al.

21. I respectfully seek an hourly rate of $450.00 per hour.

22. Troy Law associates George Byun and Aaron Schweitzer each seek $250.00 per hour for the time that they have expended in this action.

23. George Byun a/k/a Kibum Byun was the managing associate at Troy Law. Mr. Byun received his JD from the Benjamin N. Cardozo School of Law in 2015 and was admitted to the New York State Bar in 2015. While in Law School, Mr. Byun served as the Staff Editor for the Cardozo Journal of Law and Gender, which published his note, *You Can Get Fired for Flirting: Critique of Sex Discrimination Law in the Work Through Nelson v. Knight*, 21 Cardozo J.L & Gender 259. Including his time at Troy Law, he has over three (3) years of legal experience working at Troy Law, PLLC, and Mintz & Fraddle, PC, at MFY Legal Services, and as judicial intern to the Honorable Enechi Modu, Administrative Law Judge at the U.S. Equal Opportunity Commission. During his tenure at Troy Law, since October 2015, Mr. Byun has litigated about one hundred (100) wage-and-hour actions in the federal courts. Many of his litigations are complex multi-plaintiff actions, hybrid collective and class actions, and/or hybrid wage-and-hour and employment discrimination actions. He has obtained favorable outcomes in numerous motion practices and has also obtained favorable settlements in several cases. Also, Mr. Byun has successfully defended clients in state administrative hearings, and advised a major international electronic company regarding U.S. employment law. In non-contingent fee structure matters, Mr. Byun charges $250.00 per hour to his clients. Furthermore, as the lead-counsel and first-chair trial attorney, Mr. Byun obtained a unanimous jury verdict in the case 1:15-cv-05434-PGG Cao et al v. Atami on 2nd Avenue, Inc. et al. Plaintiff respectfully requests that the Court award an hourly rate of $250.00 for Mr. Byun's billable work on this matter.

24. Aaron Schweitzer is the current managing associate at Troy Law. Mr. Schweitzer received his JD with a concentration in employment law from the Fordham University School of Law in 2016, which also awarded him the Archibald R. Murray Public Service Award *cum laude*. Mr. Schweitzer was admitted to the New Jersey State Bar on November 14, 2017 and the New York State Bar on May 16, 2018. Prior to joining Troy Law in April 2017 as a clerk, Mr. Schweitzer had extensive experience advocating for workers, including coordinating with organizers for SAG-AFTRA's 2017 videogame voice actors' strike, assisting Fordham Law's, John Hopkins's, and American University's food service workers and their unions, and advising worker cooperatives at Lincoln Square Legal Services. Altogether, Mr. Schweitzer has about two (2) years of legal experience. During his tenure at Troy Law, since November 2017, Mr. Schweitzer has litigated over sixty-five (65) wage-and-hour actions in the federal courts. Many of his litigations are multi-plaintiff actions, collective and class actions, and/or wage-and-hour and employment discrimination actions. He has obtained favorable outcomes in numerous motion practices and has also obtained favorable settlements in several cases. In non-contingent fee structure matters, Mr. Schweitzer charges $250.00 per hour to his clients. Furthermore, as the lead-counsel and first-chair trial attorney in this case, Mr. Schweitzer obtained a unanimous jury verdict and damages for Plaintiff in the amount of $109,583.72 before liquidated damages. The jury additionally found willful conduct by the Defendants; the liquidated damages award is pending, but Plaintiff has applied for $90,377.03, which application has gone unopposed. Plaintiff respectfully requests that the Court award an hourly rate of $250.00 for Mr. Schweitzer's billable work on this matter.

25. Mr. Schweitzer and Mr. Byun were both previously awarded $250.00 an hour after similar fee applications, for instance in the case 1:17-cv-03787-JMF Singh et al v. Dany Restoration Inc. et al.

**Fees Requested in the Present Case**

26. In this matter, Troy Law seeks fees for 97.60 of my hours spent on this matter at a rate of $450.00 per hour and $250.00 per hour for hours spent by current and former Troy Law associates. The chart below summarized Plaintiff's requested rates and the amount of time put into this case. (*See* Exhibit 1 for the Case Log).

| Individual | Hourly Rate | Hours Expended | Total Fees |
|---|---|---|---|
| John Troy | $450.00 | 97.60 | $43,920.00 |
| George Byun | $250.00 | 64.10 | $16,025.00 |
| Aaron Schweitzer | $250.00 | 116.20 | $29,050.00 |
| **TOTAL** | | | **$88,995.00** |

**Costs Incurred**

27. Additionally, Plaintiff seeks to recover out-of-pocket expenses related to this action in the amount of $3,693.54. (*See* Exhibit 1 for itemized out-of-pocket expenses).

**Total**

28. Troy Law seeks $88,995.00 in fees and $3,693.54 in costs for a total of $92,688.54 in connection with this action.

29. Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Dated: Flushing, NY
December 17, 2018

Respectfully submitted,
TROY LAW, PLLC


/s/ John Troy
John Troy

41-25 Kissena Boulevard, Suite 119
Flushing, NY 11355
Tel: (718) 762-1324
Fax: (718) 762-1342
troylaw@troypllc.com
*Attorneys for Plaintiff*